AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

5 -    4 8 4

Civil Action No. _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____3____ COPIES OF AO FORM 85.

7/11/05
(Date forms issued)

(Signature of Party or their Representative)

Luke  Nuzzi
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action