IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUTERA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| PALOMAR MEDICAL TECHNOLOGIES | ) | |
| INC., and THE GENERAL HOSPITAL | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 7.1 STATEMENT**

Plaintiff Cutera, Inc. states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorneys for Plaintiff Cutera, Inc.*

OF COUNSEL:

Jonathan A. Marshall
Timothy E. DeMasi
John D. Garretson
Daniel J. Melman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

Dated:  July 11, 2005
473484