IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUTERA, INC<br><br>Plaintiff,<br><br>v.<br><br>PALOMAR MEDICAL TECHNOLOGIES, INC. and<br>THE GENERAL HOSPITAL CORPORATION<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-484-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

Plaintiff Cutera, Inc ("Plaintiff") and defendants Palomar Medical Technologies, Inc. and The General Hospital Corporation (collectively, "Defendants") hereby stipulate, subject to the approval of the Court, that the time for Defendants to answer, move or otherwise respond to Plaintiff's complaint is extended through and including September 6, 2005

<table>
<tr>
<td>
//s// Maryellen Noreika<br>
Jack B. Blumenfeld (#1014)<br>
jblumenfeld@mnat.com<br>
Maryellen Noreika (#3208)<br>
mnoreika@mnat.com<br>
Morris, Nichols, Arsht & Tunnell<br>
1201 N. Market Street<br>
P.O. Box 1347<br>
Wilmington, DE 19899<br>
(302) 658-9200<br>
  Attorneys for Plaintiff<br>
  Cutera, Inc
</td>
<td>
Frederick L. Cottrell, III (#2555)<br>
cottrell@rlf.com<br>
Alyssa M. Schwartz (#4351)<br>
schwartz@rlf.com<br>
Richards, Layton & Finger, P.A.<br>
One Rodney Square<br>
P.O. Box 551<br>
Wilmington, DE 19899<br>
(302) 651-7700<br>
  Attorneys for Defendants<br>
  Palomar Medical Technologies, Inc. and<br>
  The General Hospital Corporation
</td>
</tr>
</table>

SO ORDERED this _____ day of August, 2005,

_____
United States District Judge

RLF1-2907436-1