IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUTERA, INC. <br><br> Plaintiff, <br><br> v. <br><br> PALOMAR MEDICAL TECHNOLOGIES, INC. and THE GENERAL HOSPITAL CORPORATION <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 05-484-JJF ) ) ) ) ) ) ) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Wayne L. Stoner of Wilmer Cutler Pickering Hale and Dorr, LLP, 60 State Street, Boston, Massachusetts 02109, to represent defendants Palomar Medical Technologies, Inc. and The General Hospital Corporation in this action.

                                                                                  /s/ Frederick L. Cottrell, III
                                                                                  Frederick L. Cottrell, III (#2555)
                                                                                  cottrell@rlf.com
                                                                                  Alyssa M. Schwartz (#4351)
                                                                                  schwartz@rlf.com
                                                                                  Richards, Layton & Finger, P.A.
                                                                                  One Rodney Square
                                                                                  P.O. Box 551
                                                                                  Wilmington, DE  19899
                                                                                  (302) 651-7700
                                                                                   Attorneys for defendants
                                                                                   Palomar Medical Technologies, Inc. and
Dated: August 8, 2005                                         The General Hospital Corporation

SO ORDERED this _____ day of August, 2005,

                                                                                  _____
                                                                                  United States District Judge

RLF1-2907926-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the State of Massachusetts Bar. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Wayne L. Stoner
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, Massachusetts 02109

Dated: 8/5/05

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### VIA HAND DELIVERY

Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, Delaware 19801

I hereby certify that on August 8, 2005, I have mailed by Federal Express the document(s) to the following non-registered participants:

Jonathan A. Marshall
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

_____
Alyssa M. Schwartz (#4351)
schwartz@rlf.com