# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

May 24, 2006

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arscht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Frederick L. Cottrell, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RE: Cutera Inc. v. Palomar Medical Technologies, Inc.,
C.A. No. 05-484-JJF

Dear Counsel:

The Court has ordered the Stipulation (D.I. 10) submitted by the parties. Please provide Chambers with a copy of Cutera's Renewed Motion To Dismiss filed in the Massachusetts Action.

Sincerely,

*[signature]*

JOSEPH J. FARNAN, JR.

JJFjr:afb

cc: Clerk, United States District Court