# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

May 25, 2006

BY ELECTRONIC FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

      Re:    Cutera, Inc. v. Palomar Medical Technologies, et al.
              C.A. No. 05-484 (JJF)

Dear Judge Farnan:

      As requested in the Court's May 24, 2006 letter, attached is a copy of Cutera's Second Motion to Dismiss and the Memorandum filed in support of that motion in the District of Massachusetts.

                                        Respectfully,

                                        Jack B. Blumenfeld (I.D. #1014)

JBB/bav
Attachment

cc:    Clerk (via e-filing; w/attachment)
        Alyssa M. Schwartz, Esquire (via email; w/attachment)
        Kate Saxton, Esquire (via email; w/attachment)