IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUTERA, INC. | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 05-484-JJF |
| PALOMAR MEDICAL TECHNOLOGIES, INC. and THE GENERAL HOSPITAL CORPORATION | ) ) ) ) |
| Defendants. | ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cutera, Inc. and Defendants Palomar Medical Technologies, Inc. and The General Hospital Corporation hereby stipulate and agree that in the above-captioned matter, all claims shall be, and hereby are, dismissed with prejudice. Each party shall bear its own costs, and each party waives all rights of appeal.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Maryellen Noreika (#3208)
mnoreika@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Plaintiff
  Cutera, Inc.

RICHARDS, LAYTON & FINGER, P.A.

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
  Attorneys for Defendants
  Palomar Medical Technologies, Inc. and
  The General Hospital Corporation

SO ORDERED this _____ day of June, 2006

_____
United States District Judge

RLF1-3027910-1