IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUTERA, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PALOMAR MEDICAL TECHNOLOGIES, INC. and<br>THE GENERAL HOSPITAL CORPORATION<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-484-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cutera, Inc. and Defendants Palomar Medical Technologies, Inc. and The General Hospital Corporation hereby stipulate and agree that in the above-captioned matter, all claims shall be, and hereby are, dismissed with prejudice. Each party shall bear its own costs, and each party waives all rights of appeal.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Maryellen Noreika<br>Jack B. Blumenfeld (#1014)<br>jblumenfeld@mnat.com<br>Maryellen Noreika (#3208)<br>mnoreika@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>　Attorneys for Plaintiff<br>　Cutera, Inc. | Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Alyssa M. Schwartz (#4351)<br>schwartz@rlf.com<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>　Attorneys for Defendants<br>　Palomar Medical Technologies, Inc. and<br>　The General Hospital Corporation |

SO ORDERED this _____ day of June, 2006

_____
United States District Judge

RLF1-3027910-1